22458, 22469. WALL *v.* MAYOR &c. OF MILLEDGEVILLE; and *vice versa.*

STEPHENS, J. This case is controlled by the decision in *Jeanes* v. *Mayor &c. of Milledgeville,* 45 *Ga. App.* 755 (165 S. E. 900).

*Judgment affirmed on the main bill of exceptions. Cross-bill dismissed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED OCTOBER 15, 1932.

*Frank W. Bell, Hammond & Kennedy,* for plaintiff in error.

*Hines & Carpenter, Spalding, MacDougald & Sibley, Erwin Sibley,* contra.